Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19−33730−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amelia Benka−Coker
   332 Hamilton Drive
   Stewartsville, NJ 08886

Social Security No.:
   xxx−xx−0208

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 13, 2022.

Dated: January 13, 2022
JAN: dmi

                                                                                                 Jeanne Naughton
                                                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-33730-CMG |
| Amelia Benka-Coker | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 13, 2022 | Form ID: plncf13 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amelia Benka-Coker, 332 Hamilton Drive, Stewartsville, NJ 08886-2649 |
| 518633185 | + | American Express Green Card, PO Box 1270, Newark, NJ 07101-1270 |
| 519048721 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518633186 | + | American Express Personal Loans, PO Box 1270, Newark, NJ 07101-1270 |
| 518633190 | + | Capital One, PO Box 6192, Carol Stream, IL 60197-6192 |
| 518633193 | + | Elite Resort Group Island Links, 1 Coggins Point Road, Unit IL228, Hilton Head, SC 29928-3827 |
| 518633199 | + | New Rez, PO Box 10826, Greenville, SC 29603-0826 |
| 519107663 | | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 518633201 | #+ | Raymour & Flanagan, PO Box 731, Mahwah, NJ 07430-0731 |
| 519461739 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519072661 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518633203 | + | U.S. Department of Education, 633 Spirit Drive, Chesterfield, MO 63005-1243 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 13 2022 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 13 2022 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518633185 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2022 20:50:04 | American Express Green Card, PO Box 1270, Newark, NJ 07101-1270 |
| 519048721 | | Email/PDF: bncnotices@becket-lee.com | Jan 13 2022 20:50:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518633187 | + | Email/Text: srodriguez@bakerfcu.org | Jan 13 2022 20:46:00 | Baker Federal Credit Union, 501 Baltimore Street, Phillipsburg, NJ 08865-1845 |
| 518633188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 21:00:34 | Best Buy c/o Citi, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518633189 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2022 20:50:10 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 519043560 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 13 2022 20:50:12 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518633191 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 21:00:39 | Citi Simplicity, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519043323 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 21:00:30 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519043324 | | Email/Text: bnc-quantum@quantum3group.com | Jan 13 2022 20:46:00 | Department Stores National Bank, c/o Quantum3 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519075056 | | Email/Text: mrdiscen@discover.com | Jan 13 2022 20:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518633192 | + | Email/Text: mrdiscen@discover.com | Jan 13 2022 20:46:00 | Discover Cards, PO Box 71084, Charlotte, NC 28272-1084 |
| 518633194 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 21:00:30 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 518633195 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 13 2022 20:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518633196 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 20:50:10 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 519083592 | | Email/Text: bankruptcynotice@nymcu.org | Jan 13 2022 20:46:00 | MUNICIPAL CREDIT UNION, 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007-3153 |
| 518633198 | | Email/Text: bankruptcynotice@nymcu.org | Jan 13 2022 20:46:00 | Municipal Credit Union Visa, PO Box 37603, Philadelphia, PA 19101 |
| 518633197 | | Email/Text: bankruptcynotice@nymcu.org | Jan 13 2022 20:46:00 | Municipal Credit Union Loan, PO Box 3205, New York, NY 10007 |
| 518633200 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 20:50:10 | Old Navy, PO Box 530942, Atlanta, GA 30353-0942 |
| 519068066 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 20:50:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518633832 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 20:50:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518633202 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 20:50:02 | TJ Maxx Mastercard, PO Box 530949, Atlanta, GA 30353-0949 |
| 519081240 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 13 2022 20:50:12 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519054527 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2022          Signature:     /s/Joseph Speetjens

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Jan 13, 2022 Form ID: plncf13 Total Noticed: 34

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas A. Cole | on behalf of Debtor Amelia Benka-Coker douglascoleesq@att.net |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Shauna M Deluca | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING sdeluca@raslg.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7