Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

---

Case No.: 19−33730−CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Amelia Benka−Coker  
332 Hamilton Drive  
Stewartsville, NJ 08886

Social Security No.:  
xxx−xx−0208

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 13, 2022.

On September 18, 2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           October 19, 2022  
Time:           10:00 AM  
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 19, 2022  
JAN: wdr

Jeanne Naughton  
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 19-33730-CMG
Amelia Benka-Coker                                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                    Page 1 of 3
Date Rcvd: Sep 19, 2022                           Form ID: 185                                   Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amelia Benka-Coker, 332 Hamilton Drive, Stewartsville, NJ 08886-2649 |
| 518633186 | + | American Express Personal Loans, PO Box 1270, Newark, NJ 07101-1270 |
| 518633190 | + | Capital One, PO Box 6192, Carol Stream, IL 60197-6192 |
| 518633193 | + | Elite Resort Group Island Links, 1 Coggins Point Road, Unit IL228, Hilton Head, SC 29928-3827 |
| 519461739 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518633203 | + | U.S. Department of Education, 633 Spirit Drive, Chesterfield, MO 63005-1243 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 19 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 19 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518633185 | + | Email/PDF: bncnotices@becket-lee.com | Sep 19 2022 20:36:38 | American Express Green Card, PO Box 1270, Newark, NJ 07101-1270 |
| 519048721 | | Email/PDF: bncnotices@becket-lee.com | Sep 19 2022 20:36:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518633187 | + | Email/Text: srodriguez@bakerfcu.org | Sep 19 2022 20:38:00 | Baker Federal Credit Union, 501 Baltimore Street, Phillipsburg, NJ 08865-1845 |
| 518633188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2022 20:36:31 | Best Buy c/o Citi, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518633189 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2022 20:36:35 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 519043560 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 19 2022 20:36:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518633191 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2022 20:36:40 | Citi Simplicity, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519043323 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2022 20:46:46 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519043324 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2022 20:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519075056 | | Email/Text: mrdiscen@discover.com | Sep 19 2022 20:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518633192 | + | Email/Text: mrdiscen@discover.com | | |

Case 19-33730-CMG    Doc 87    Filed 09/21/22    Entered 09/22/22 00:14:48    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2022 | Form ID: 185 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 19 2022 20:37:00 | Discover Cards, PO Box 71084, Charlotte, NC 28272-1084 |
| 518633194 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2022 20:36:18 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 518633195 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 19 2022 20:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518633196 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 19 2022 20:36:35 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 519083592 | | Email/Text: bankruptcynotice@nymcu.org | Sep 19 2022 20:38:00 | MUNICIPAL CREDIT UNION, 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007-3153 |
| 518633198 | | Email/Text: bankruptcynotice@nymcu.org | Sep 19 2022 20:38:00 | Municipal Credit Union Visa, PO Box 37603, Philadelphia, PA 19101 |
| 518633197 | | Email/Text: bankruptcynotice@nymcu.org | Sep 19 2022 20:38:00 | Municipal Credit Union Loan, PO Box 3205, New York, NY 10007 |
| 518633199 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 19 2022 20:38:00 | New Rez, PO Box 10826, Greenville, SC 29603-0826 |
| 519107663 | | Email/Text: mtgbk@shellpointmtg.com | Sep 19 2022 20:38:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 518633200 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 19 2022 20:36:37 | Old Navy, PO Box 530942, Atlanta, GA 30353-0942 |
| 519068066 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 19 2022 20:36:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518633832 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 19 2022 20:36:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519072661 | + | Email/Text: tdebn@credbankserv.com | Sep 19 2022 20:38:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518633202 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 19 2022 20:36:27 | TJ Maxx Mastercard, PO Box 530949, Atlanta, GA 30353-0949 |
| 519081240 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 19 2022 20:36:38 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519054527 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518633201 | ##+ | Raymour & Flanagan, PO Box 731, Mahwah, NJ 07430-0731 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Sep 19, 2022 Form ID: 185 Total Noticed: 33

Date: Sep 21, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John A. Lipowski | on behalf of Debtor Amelia Benka-Coker jal1001@aol.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Shauna M Deluca | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING sdeluca@hasbanilight.com hllawpc@gmail.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8