Form 137 − aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−33730−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amelia Benka−Coker
   332 Hamilton Drive
   Stewartsville, NJ 08886

Social Security No.:
   xxx−xx−0208

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      4/5/23
Time:      12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
John A. Lipowski, Debtor's Attorney

COMMISSION OR FEES
Fees: $2,000.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 13, 2023
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Amelia Benka-Coker  
    Debtor

Case No. 19-33730-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 13, 2023 | Form ID: 137 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amelia Benka-Coker, 332 Hamilton Drive, Stewartsville, NJ 08886-2649 |
| 518633186 | + | American Express Personal Loans, PO Box 1270, Newark, NJ 07101-1270 |
| 518633187 | + | Baker Federal Credit Union, 501 Baltimore Street, Phillipsburg, NJ 08865-1845 |
| 518633190 | + | Capital One, PO Box 6192, Carol Stream, IL 60197-6192 |
| 518633193 | + | Elite Resort Group Island Links, 1 Coggins Point Road, Unit IL228, Hilton Head, SC 29928-3827 |
| 519461739 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518633203 | + | U.S. Department of Education, 633 Spirit Drive, Chesterfield, MO 63005-1243 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 13 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 13 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518633185 | + | Email/PDF: bncnotices@becket-lee.com | Mar 13 2023 20:51:57 | American Express Green Card, PO Box 1270, Newark, NJ 07101-1270 |
| 519048721 | | Email/PDF: bncnotices@becket-lee.com | Mar 13 2023 20:51:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518633188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2023 20:51:56 | Best Buy c/o Citi, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518633189 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2023 20:41:14 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 519043560 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 13 2023 20:41:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518633191 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2023 20:51:46 | Citi Simplicity, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519043323 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2023 20:52:04 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519043324 | | Email/Text: bnc-quantum@quantum3group.com | Mar 13 2023 20:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519075056 | | Email/Text: mrdiscen@discover.com | Mar 13 2023 20:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518633192 | + | Email/Text: mrdiscen@discover.com | Mar 13 2023 20:37:00 | Discover Cards, PO Box 71084, Charlotte, NC 28272-1084 |

Case 19-33730-CMG   Doc 99   Filed 03/15/23   Entered 03/16/23 00:12:22   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 13, 2023 | Form ID: 137 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518633194 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2023 20:52:04 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 518633195 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 13 2023 20:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519821567 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2023 20:41:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519821568 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2023 20:41:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding, LLC, Resurgent Capital Services 29603-0587 |
| 518633196 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2023 20:41:06 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 519083592 | | Email/Text: bankruptcynotice@nymcu.org | Mar 13 2023 20:38:00 | MUNICIPAL CREDIT UNION, 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007-3153 |
| 518633198 | | Email/Text: bankruptcynotice@nymcu.org | Mar 13 2023 20:38:00 | Municipal Credit Union Visa, PO Box 37603, Philadelphia, PA 19101 |
| 518633197 | | Email/Text: bankruptcynotice@nymcu.org | Mar 13 2023 20:38:00 | Municipal Credit Union Loan, PO Box 3205, New York, NY 10007 |
| 518633199 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 13 2023 20:38:00 | New Rez, PO Box 10826, Greenville, SC 29603-0826 |
| 519107663 | | Email/Text: mtgbk@shellpointmtg.com | Mar 13 2023 20:38:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 518633200 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2023 20:41:15 | Old Navy, PO Box 530942, Atlanta, GA 30353-0942 |
| 519068066 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2023 20:41:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518633832 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2023 20:40:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519072661 | + | Email/Text: tdebn@credbankserv.com | Mar 13 2023 20:38:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518633202 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2023 20:41:15 | TJ Maxx Mastercard, PO Box 530949, Atlanta, GA 30353-0949 |
| 519081240 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 13 2023 20:41:35 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519054527 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518633201 | ##+ | Raymour & Flanagan, PO Box 731, Mahwah, NJ 07430-0731 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John A. Lipowski | on behalf of Debtor Amelia Benka-Coker jal1001@aol.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Shauna M Deluca | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING sdeluca@hasbanilight.com hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10