**Information to identify the case:**

| Debtor 1 | Amelia Benka–Coker | | Social Security number or ITIN   xxx–xx–0208 |
| --- | --- | --- | --- |
| | First Name   Middle Name   Last Name | | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 19–33730–CMG | | |

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Amelia Benka–Coker

3/25/26

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

| |
|---|
| **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.** |

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 19-33730-CMG |
|---|---|
| Amelia Benka-Coker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2026 | Form ID: 3180W | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amelia Benka-Coker, 332 Hamilton Drive, Stewartsville, NJ 08886-2649 |
| 518633187 | + | Baker Federal Credit Union, 501 Baltimore Street, Phillipsburg, NJ 08865-1845 |
| 518633190 | + | Capital One, PO Box 6192, Carol Stream, IL 60197-6192 |
| 518633193 | + | Elite Resort Group Island Links, 1 Coggins Point Road, Unit IL228, Hilton Head, SC 29928-3827 |
| 518633197 | | Municipal Credit Union Loan, PO Box 3205, New York, NY 10007 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 25 2026 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 25 2026 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518633185 | + | Email/PDF: bncnotices@becket-lee.com | Mar 25 2026 22:03:04 | American Express Green Card, PO Box 1270, Newark, NJ 07101-1270 |
| 519048721 | | Email/PDF: bncnotices@becket-lee.com | Mar 25 2026 21:52:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518633186 | + | Email/PDF: bncnotices@becket-lee.com | Mar 25 2026 22:02:59 | American Express Personal Loans, PO Box 1270, Newark, NJ 07101-1270 |
| 518633188 | + | EDI: CITICORP | Mar 26 2026 01:14:00 | Best Buy c/o Citi, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518633189 | + | EDI: CAPITALONE.COM | Mar 26 2026 01:14:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 519043560 | + | EDI: AIS.COM | Mar 26 2026 01:14:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518633191 | + | EDI: CITICORP | Mar 26 2026 01:14:00 | Citi Simplicity, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519043323 | | EDI: CITICORP | Mar 26 2026 01:14:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519043324 | | EDI: Q3G.COM | Mar 26 2026 01:14:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519075056 | | EDI: DISCOVER | Mar 26 2026 01:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518633192 | + | EDI: DISCOVER | Mar 26 2026 01:14:00 | Discover Cards, PO Box 71084, Charlotte, NC 28272-1084 |
| 518633194 | + | EDI: CITICORP | Mar 26 2026 01:14:00 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |

District/off: 0312-3                          User: admin                                    Page 2 of 3
Date Rcvd: Mar 25, 2026                       Form ID: 3180W                                 Total Noticed: 38

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518633195 | + | EDI: IRS.COM | Mar 26 2026 01:14:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519927677 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2026 21:52:11 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519927678 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2026 21:51:57 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519821567 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2026 21:51:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519821568 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2026 21:51:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding, LLC, Resurgent Capital Services 29603-0587 |
| 518633196 | + | EDI: SYNC | Mar 26 2026 01:14:00 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 518633203 | | Email/Text: EBN@Mohela.com | Mar 25 2026 21:41:00 | U.S. Department of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519083592 | | Email/Text: bankruptcynotice@nymcu.org | Mar 25 2026 21:42:00 | MUNICIPAL CREDIT UNION, 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007-3153 |
| 518633198 | | Email/Text: bankruptcynotice@nymcu.org | Mar 25 2026 21:42:00 | Municipal Credit Union Visa, PO Box 37603, Philadelphia, PA 19101 |
| 518633199 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 25 2026 21:40:00 | New Rez, PO Box 10826, Greenville, SC 29603-0826 |
| 519107663 | | Email/Text: mtgbk@shellpointmtg.com | Mar 25 2026 21:40:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 518633200 | + | EDI: SYNC | Mar 26 2026 01:14:00 | Old Navy, PO Box 530942, Atlanta, GA 30353-0942 |
| 518633201 | + | EDI: TDBANKNORTH.COM | Mar 26 2026 01:14:00 | Raymour & Flanagan, PO Box 731, Mahwah, NJ 07430-0731 |
| 519461739 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 25 2026 21:40:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519068066 | + | EDI: PRA.COM | Mar 26 2026 01:14:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518633832 | + | EDI: PRA.COM | Mar 26 2026 01:14:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519072661 | + | EDI: CBSTDR | Mar 26 2026 01:14:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518633202 | + | EDI: SYNC | Mar 26 2026 01:14:00 | TJ Maxx Mastercard, PO Box 530949, Atlanta, GA 30353-0949 |
| 519081240 | + | EDI: AIS.COM | Mar 26 2026 01:14:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519054527 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519927679 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Mar 25, 2026 | Form ID: 3180W | Total Noticed: 38

519927680   *+   LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| John A. Lipowski | on behalf of Debtor Amelia Benka-Coker jal1001@aol.com |
| Matthew K. Fissel | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Shauna M Deluca | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING sdeluca@hasbanilight.com hllawpc@gmail.com |
| Sherri R. Dicks | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING sdicks@raslg.com shrdlaw@hotmail.com |
| Sindi Mncina | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10